UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00272-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ISAAC CABELLO-IBARRA,
      a/k/a "Pacas",
2. FELIPE RODRIGUEZ-ROJAS,
      a/k/a Angel Lopez-Ruiz,
      a/k/a Felipe Rojas-Guzman,
      a/k/a "Pitufo",
3. JOSE GAMEROS-PEREZ,
      a/k/a Ivan Diaz-Guzman,
      a/k/a "Simon",
4. CLAUDIA RAQUEL ESPARZA-IBARRA,
      a/k/a "Raquel",
**5. JOSE LUIS YANEZ-MARTINEZ,**
      **a/k/a "Cala",**

        Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

      THIS MATTER comes before the Court following the filing of a Notice of Disposition on January 9, 2006 by Jose Luis Yanez-Martinez. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

      **IT IS THEREFORE ORDERED** that:

      1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

    pending determination of those matters.

2.  A Change of Plea hearing is set for **March 6, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 13th day of January, 2006.

           **BY THE COURT:**

           */s/ Marcia S. Krieger*
           _____
           Marcia S. Krieger
           United States District Judge