UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00272-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ISAAC CABELLO-IBARRA,
      a/k/a "Pacas",
2. FELIPE RODRIGUEZ-ROJAS,
      a/k/a Angel Lopez-Ruiz,
      a/k/a Felipe Rojas-Guzman,
      a/k/a "Pitufo",
3. JOSE GAMEROS-PEREZ,
      a/k/a Ivan Diaz-Guzman,
      a/k/a "Simon",
4. CLAUDIA RAQUEL ESPARZA-IBARRA,
      a/k/a "Raquel",
5. JOSE LUIS YANEZ-MARTINEZ,
      a/k/a "Cala",

        Defendants.

**ORDER**

Upon the Motion to Vacate James Proffer Submission Date and Other Court Settings **(#131)** filed by the United States of America, it is hereby

ORDERED that the Government's motion to vacate the James Proffer deadlines, suppression hearing and trial dates, is GRANTED, in part and DENIED, in part. By the Order setting a Change of Plea Hearing, all deadlines, hearings and the trial are automatically vacated as to Defendants who have filed Notices of Disposition.

As to any Defendant who has not filed a Notice of Disposition, deadlines, hearings and the trial are not vacated.

DATED this 19th day of January 2006.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge